FILED

2025 Jun-18  AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BAK:  JUN 2025
GJ #__5___

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **TAVARES ANTUAN KENNEDY,** | ) | |

## INDICTMENT

### COUNT ONE
*Felon in Possession of a Firearm*
**[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 22nd day of August 2024, in Jefferson County, within the

Northern District of Alabama, the defendant,

**TAVARES ANTUAN KENNEDY,**

knowing he had been previously convicted of a crime punishable by imprisonment

for a term exceeding one year, knowingly possessed a firearm, that is, a **Glock**

**10mm caliber pistol**, and the firearm was in and affecting interstate and foreign

commerce, in violation of Title 18, United States Code, Section 922(g)(1). Kennedy

was previously convicted on April 4, 2022, in the Circuit Court of Jefferson County,

Alabama, of the offense of **Trafficking in Stolen Identities,** in case number CC-

2021-2673, the said offense being a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1.    The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(g)(1), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Glock Model 29, 10mm caliber pistol, bearing serial number BWBX073, and any associated magazines and ammunition.**


A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY


PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
BENJAMIN A. KEOWN, SR.
Assistant United States Attorney